**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| CHARLES D. COTTON, SR.,<br>A/K/A PRINCE CHARLES COTTON, SR. | : | Case No. 1:26-cv-1168 |
| Petitioner, | : | District Judge Jeffery P. Hopkins<br>Magistrate Judge Chelsey M. Vascura |
| vs. | : | |
| WARDEN, Marion Correctional Institution, | : | |
| Respondent. | : | |

**ORDER**

Petitioner, an inmate at the Marion Correctional Institution, has filed a *pro se* petition for federal habeas corpus relief. (Doc. 1-1).

Petitioner is challenging his convictions and sentence by the state court of common pleas located in Richland County, Ohio.[1] Richland County is located within the Eastern Division of Ohio's northern federal judicial district. Marion Correctional Institution is located within Ohio's southern federal judicial district. Because Petitioner challenges his convictions by a state court of common pleas within the Northern District, but is in custody in the Southern District, both districts have concurrent jurisdiction to entertain Petitioner's application for habeas corpus relief. *See* 28 U.S.C. § 2241(d).

This Court has the discretion to transfer Petitioner's habeas corpus petition to the Northern District for hearing and determination. *Id.* A transfer to the Northern District is appropriate in this

[1] https://appgateway.drc.ohio.gov/OffenderSearch/Search/Details/A146490 Viewed under Petitioner's name, Charles D. Cotton, and inmate number, A146490. This Court may take judicial notice of court records that are available online to members of the public. *See Lynch v. Leis*, 382 F.3d 642, 648 n.5 (6th Cir. 2004) (citing *Lyons v. Stovall*, 188 F.3d 327, 332 n.3 (6th Cir. 1999)).

case because it is the more convenient forum and because the evidence is more readily accessible in the district where Petitioner was convicted. *See Bell v. Watkins*, 692 F.2d 999, 1013 (5th Cir. 1982); *see also Braden v. 30th Judicial Circuit Court of Ky.*, 410 U.S. 484, 497 n.13 (1973).

Therefore, it is hereby **ORDERED** that this action be **TRANSFERRED** to the United States District Court for the Northern District of Ohio, Eastern Division at Cleveland, for all further proceedings.

**IT IS SO ORDERED**.

November 16, 2026

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
United States Magistrate Judge